IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LOCAL UNION 343 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA,<br><br>Petitioner,<br><br>v.<br><br>G.A.R. PLUMBING PARTNERS, INC.,<br><br>Respondent. | Case No.: 2:23-cv-02282-DJC-JDP<br><br>**ORDER** |

The parties having agreed that the Defendant shall have until December 15, 2023 to file or otherwise respond to the Complaint and good cause there appearing, the Court hereby approves of the parties' stipulation (ECF 7).

**IT IS SO ORDERED.**

Dated: December 11, 2023     /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION – 1
CASE NO.: 2:23-cv-02282-DJC-JDP